UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81102-CIV-COHN/SELTZER

ADOBE SYSTEMS INCORPORATED,
a Delaware Corporation,

      Plaintiff,

v.

BEA'S HIVE LLC, a Florida
Limited Liability Company;
FULFILLMENT SOLUTION
SERVICES, LLC, a Florida Limited
Liability Company; NEW EPIC MEDIA
LLC, a Florida Limited Liability Company,
SELACORP, LTD., a Nevada Corporation;
SUPREME GROWERS LLC, a Florida
Limited Liability Company; VEGALAB
LLC, a Delaware limited Liability Company;
STEVEN BLACKBURN, and individual,
DAVID SELAKOVIC, an individual; TOP SOFT
DEALS LLC, a Florida Limited Liability
Company; RICHARD NEUMAYER, an
Individual; and DOES 4-19, inclusive,

      Defendants.
_____/

## MOTION FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT

Pursuant to applicable *Federal Rules of Civil Procedure,* including Rule 64, and Sections 77.01, 77.03, 77.0305, Florida Statutes, Plaintiff/Judgment Creditor ADOBE SYSTEMS INCORPORATED ("Creditor Adobe"), through its undersigned counsel of record, hereby motion this Court to issue writs of garnishment after judgment by stating that:

    1.    On December 10, 2018, this Court entered the Consent Final Judgment against Defendants/Judgment Debtors DAVID SELAKOVIC and SELACORP, LTD. (collectively "Judgment Debtors"), for the amount of $1,800,000.00.

    2.    To date, there still remains due and unpaid a balance of $1,630,000.00 on the

1

Consent Final Judgment.

3. On March 15, 2019, Creditor Adobe conducted an examination of Judgment Debtors before Magistrate Judge Barry S. Seltzer.

4. Creditor Adobe does not believe Judgment Debtors are in possession of visible property upon which a levy can be made that will be sufficient to satisfy the remaining balance of the Consent Final Judgment. Accordingly, Creditor Adobe moves this Court to issue a Continuing Writ of Garnishment as to Judgment Debtors' salary, income, dividends, returns, interest, shares, inventory, or sales from or of Vegalab SA, a Swiss company wholly owned by Judgment Debtor Selakovic, and Vegalab, Inc., a publicly traded company under the symbol "VEGL," in which Judgment Debtor Selakovic is the controlling shareholder.

Respectfully submitted April 26, 2019.

*/s/ Joshua B. Spector*
Robert H. Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@allendyer.com
Joshua B. Spector
Florida Bar No. 584142
E-Mail: jspector@allendyer.com
ALLEN, DYER, DOPPELT
+ GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
Telephone: (305) 374-8303
Facsimile: (305) 374-8306

Co-Counsel:

Christopher Q. Pham, Esq.
(Admitted pro hac vice)
E-Mail: cpham@johnsonpham.com
Nicole L. Drey, Esq.
(Admitted pro hac vice)
E-Mail: ndrey@johnsonpham.com
Marcus F. Chaney
(Admitted pro hac vice)
E-Mail: mchaney@johnsonpham.com

>JOHNSON & PHAM, LLP
>6355 Topanga Canyon Boulevard
>Woodland Hills, California 91367
>Telephone:     (818) 888-7540
>Facsimile:      (818) 888-7544
>
>*Counsel for Plaintiff/Judgment Creditor*
>*Adobe Systems Incorporated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2019, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") System, which will send a Notice of Electronic Filing to counsel of record:

James D. Ryan
E-Mail: jdr@ryanlawgroup.net; sue@ryanlawgroup.net
RYAN LAW GROUP, LLC
636 US Highway One, Suite 110
North Palm Beach, FL 33408
Telephone: (561) 881-4447
Facsimile: (561) 881-4461

*Counsel for Defendants/*
*Judgment Debtors Selacorp, Ltd.*
*and David Selakovic*

>*s/Joshua B. Spector*
>Joshua B. Spector