UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81102-CIV-COHN/SELTZER

ADOBE SYSTEMS INCORPORATED,
a Delaware corporation,

    Plaintiff,

vs.

SELACORP, LTD., a Nevada corporation,
and DAVID SELAKOVIC, an individual,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon Plaintiff's Motion for Writ of Continuing Writ of Garnishment (the "Motion") [DE 221] filed on April 26, 2019. Plaintiff holds a Consent Judgment against Judgment Debtors Selacorp, Ltd., and David Selakovic ("Selakovic") in the amount of $1,800,000.00. To date, there still remains due and unpaid a balance of $1,630,000.00.

The proposed garnishees are Vegalab SA, a Swiss company wholly owned by Judgement Debtor Selakovic, and Vegalab, Inc., a publicly traded company under the symbol "VEGL," in which Judgment Debtor Selakovic is the controlling shareholder. Judgment Debtors have not filed a memorandum in opposition to the Motion. Accordingly, pursuant to Rule 64, Federal Rules of Civil Procedure, and Florida Statute Sections 77.01, 77.03, 77.0305, and 77.041, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Writ of Continuing Writ of Garnishment [DE 221] is **GRANTED.** The Clerk of Court is directed to enter a Continuing Writ of Garnishment to Vegalab SA and Vegalab, Inc.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of May 2019.

*/s/ Barry S. Seltzer*
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF