# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 14-81102-CIV-COHN/SELTZER

ADOBE SYSTEMS INCORPORATED,
a Delaware Corporation,

      Plaintiff,

v.

BEA'S HIVE LLC, a Florida
Limited Liability Company;
FULFILLMENT SOLUTION
SERVICES, LLC, a Florida Limited
Liability Company; NEW EPIC MEDIA
LLC, a Florida Limited Liability Company,
SELACORP, LTD., a Nevada Corporation;
SUPREME GROWERS LLC, a Florida
Limited Liability Company; VEGALAB
LLC, a Delaware limited Liability Company;
STEVEN BLACKBURN, and individual,
DAVID SELAKOVIC, an individual; TOP SOFT
DEALS LLC, a Florida Limited Liability
Company; RICHARD NEUMAYER, an
Individual; and DOES 4-19, inclusive,

      Defendants.

_____/

## CONTINUING WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**

**To each Sheriff of the State or Registered State Process Server:**

      **YOU ARE HEREBY COMMANDED** to summon the following Garnishees:

      1.     Vegalab SA, a Swiss company solely owned by Judgment Debtor Selakovic, and Vegalab, Inc., formerly named HPC Acquisitions, Inc., a publicly traded company under the symbol "VEGL," in which Judgment Debtor Selakovic is the controlling shareholder., with assets and offices on California.  Vegalab SA and Vegalab, Inc. are subject to a continuing writ of garnishment.

YOU ARE HEREBY COMMANDED to serve answers to this writ on Plaintiff/Judgment Creditor ADOBE SYSTEMS INCORPORATED's ("Creditor Adobe") attorneys of record:

ALLEN, DYER, DOPPELT,
+ GILCHRIST, P.A.
Robert H. Thornburg, Esq.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131


JOHNSON & PHAM, LLP
Christopher Q. Pham, Esq.
6355 Topanga Canyon Boulevard
Woodland Hills, California 91367

within 20 days after service on garnishees, and to file with the Clerk of this Court, stating whether the Garnishees possess or control tangible or intangible property of Judgment Debtors; what specific tangible or intangible property Garnishees possess or control of Judgment Debtors; the quantities, interests, salaries, returns, dividends, and valuation of the tangible or intangible property Garnishees possess or control of Judgment Debtors; and whether Garnishees have knowledge of any person or entity who may be in possession or control of any tangible or intangible property of Judgment Debtors.

2.      On December 10, 2018, this Court entered the Consent Final Judgment against Judgment Debtors for the amount of $1,800,000.00.

3.      To date, there still remains due and unpaid a balance of $1,630,000.00 on the Consent Final Judgment.

4.      Upon service of Garnishees, Garnishees are to cease all privileges to Judgment Debtors for all accounts of Judgment Debtors in Garnishees' possession and control that are subject to seizure for the purposes of satisfying any remaining balance of the Consent Final Judgment.

5.      Subject to Garnishees' responses to this writ, and upon Creditor Adobe's request for any amounts subject to seizure for the purposes of satisfying any remaining balance of the Consent Final Judgment, Garnishees are to release, on a continuing basis until full satisfaction of

Consent Final Judgment, all requested funds directly to Creditor Adobe's attorneys of record.

Dated this _                    15th day of May, 2019.

Clerk of Court



## NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S

OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.
CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

___ 1.  Head of family wages. (Check either a. or b. below, if applicable.)

    ___ a.  I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

    ___ b.  I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

___ 2.  Social Security benefits.

___ 3.  Supplemental Security Income benefits.

___ 4.  Public assistance (welfare).

___ 5.  Workers' Compensation.

___ 6.  Reemployment assistance or unemployment compensation.

___ 7.  Veterans' benefits.

___ 8.  Retirement or profit-sharing benefits or pension money.

___ 9.  Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

___ 10.  Disability income benefits.

___ 11.  Prepaid College Trust Fund or Medical Savings Account.

___ 12.  Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:
Address: _____
Telephone number:_____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one) United States mail or hand delivery on (insert date)_____, to:

_____

_____

(insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished) .

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____

Defendant's signature

Date_____

STATE OF FLORIDA

COUNTY OF_____

Sworn and subscribed to before me this _____ day of (month and year) , by (name of person making statement)_____

_____

Notary Public/Deputy Clerk

Personally Known _____OR Produced Identification_____

Type of Identification Produced_____

Fla. Stat. Ann. § 77.041 (West)